CARL E. TALLMADGE, J. J. Murphy, and J. W. Stribling v. W. P. WEBER, Joe Dubesar, James Stepan, Chas. Schumacher, Margret Kennedy, as Superintendent of Schools of Hettinger County, and J. R. Batty, as Treasurer of the County of Hettinger.

(159 N. W. 74.)

Opinion filed August 7, 1916.

Appeal from the District Court, Hettinger County, *W. C. Crawford,* J.

From a judgment in defendants' favor, plaintiffs appeal.

Affirmed.

*W. F. Burnett* and *Thos. H. Pugh,* for plaintiffs and appellants.

*Jacobsen & Murray,* for defendants and respondents.

PER CURIAM.

This is a companion case to that of TALLMADGE v. WALKER, ante, 590, 159 N. W. 71, just decided by this court. The facts in both cases are in all essential matters identical. The pleadings including the complaint and demurrer are the same in each case. This case is therefore controlled by our decision in the other appeal, and the judgment appealed from is accordingly affirmed.